UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BERTRUM JEAN, Individually and as the surviving father of BOTHAM SHEM JEAN, ALLISON A. JEAN, Individually and as the surviving mother of BOTHAM SHEM JEAN and ALLISA E. FINDLEY as the Administrator of the estate of BOTHAM SHEM JEAN,<br>    *Plaintiffs,*<br><br>VS.<br><br>THE CITY OF DALLAS, TEXAS AND AMBER GUYGER,<br>    *Defendants.* | § § § § § § § § § § § § § | CIVIL ACTION NO. 3:18-CV-2862 |

## CERTIFICATE OF INTERESTED PERSONS

    Pursuant to the Northern District of Texas Local Rules 3.1(c) and 7.4 and Federal Rules of Procedure 7.1, Plaintiffs provide the following information and file the following Certificate of Interested Persons and state that, to their knowledge, only the following persons and/or entities have a financial interest in the outcome of this case:

1. Bertrum Jean
   c/o Daryl K. Washington
   Washington Law Firm, P.C.
   325 N. St. Paul, Suite 3950
   Dallas, Texas 75201
   Telephone: (214) 880-4883
   Facsimile: (214) 751-6685
   Plaintiff

2. Allison Jean
   c/o Daryl K. Washington
   Washington Law Firm, P.C.
   325 N. St. Paul, Suite 3950
   Dallas, Texas 75201
   Telephone: (214) 880-4883
   Facsimile: (214) 751-6685
   Plaintiff

3	Allisa E. Findley as the Administrator of the estate of
	Botham Shem Jean
	c/o Daryl K. Washington
	Washington Law Firm, P.C.
	325 N. St. Paul, Suite 3950
	Dallas, Texas 75201
	Telephone: (214) 880-4883
	Facsimile: (214) 751-6685
	Plaintiff

4.	The City of Dallas, Texas
	Dallas City Hall
	1500 Marilla Street
	Room 5EN,
	Dallas, TX 75201
	Defendant

5.	Amber Guyger
	Dallas Police Department
	1400 S. Lamar
	Dallas, TX 75215
	Defendant

Respectfully submitted,

By:  /s/ Daryl K. Washington
DARYL K. WASHINGTON
State Bar No. 24013714
**WASHINGTON LAW FIRM, P.C.**
325 N. St. Paul St., Suite 3950
Dallas, Texas  75201
214 880-4883
214-751-6685 - fax

**ATTORNEYS FOR PLAINTIFFS**