IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BERTRUM JEAN, Individually and as the surviving father of BOTHAM SHEM JEAN, ALLISON A. JEAN, Individually and as the surviving mother of BOTHAM SHEM JEAN, and ALLISA E. FINDLEY as the Administrator of the Estate of BOTHAM SHEM JEAN, <br>       Plaintiffs, <br><br> v. <br><br> THE CITY OF DALLAS, TEXAS, and AMBER GUYGER, <br>       Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION NO. <br><br> 3:18-CV-2862-M |

## THE DEFENDANT CITY OF DALLAS'S
## AMENDED CERTIFICATE OF CONFERENCE

TO THE HONORABLE COURT:

The Defendant City of Dallas ("the City") supplements its certificate of conference filed in conjunction with The Defendant City of Dallas's Motion to Extend the Deadline to File Its Reply Brief, filed on 2 January 2019 (ECF No. 10).

### Amended Certificate of Conference

On Thursday, 3 January 2019, and on Friday, 4 January 2019, counsel for the parties exchanged additional electronic mail messages as to whether the Plaintiffs oppose the relief that the City requests in its motion (ECF No. 10), an extension through and including Monday, 7 January 2019 for the City to file its reply in support of the City's Rule 12(b)(6) motion. The Plaintiffs do not oppose that relief.

Respectfully submitted,

CITY ATTORNEY OF THE CITY OF DALLAS

Christopher J. Caso
Interim City Attorney

*s/ Jason G. Schuette*
Senior Assistant City Attorney
Texas State Bar No. 17827020
jason.schuette@dallascityhall.com

Amy I. Messer
Senior Assistant City Attorney
Texas State Bar No. 00790705
amy.messer@dallascityhall.com

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas  75201
Telephone:     214-670-3519
Telecopier:    214-670-0622

ATTORNEYS FOR THE DEFENDANT
CITY OF DALLAS

## CERTIFICATE OF SERVICE

I certify that 4 January 2019, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Daryl K. Washington
Law Office of Daryl K. Washington, P.C.
325 N. St. Paul St., Suite 3950
Dallas, Texas  75201

*s/ J. G. Schuette*
Senior Assistant City Attorney