IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BERTRUM JEAN, individually and as the surviving father of Botham Shem Jean, ALLISON A. JEAN, individually and as the surviving mother of Botham Shem Jean, and ALLISON E. FINDLEY as the Administrator of the Estate of Botham Shem Jean,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF DALLAS, TEXAS, and AMBER GUYGER,<br><br>Defendants. | Civil Action No. 3:18-cv-2862-M |

## ORDER

Before the Court are Defendant City of Dallas's Motion to Extend the Deadlines to File its Reply (ECF No. 10) and Defendant City of Dallas's Amended Certificate of Conference (ECF No. 11). The Motion is **GRANTED**. The deadline for Defendant City of Dallas to file its reply is extended to January 7, 2019.

**SO ORDERED**.

January 4, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

1