IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BERTRUM JEAN, Individually and as the surviving father of BOTHAM SHEM JEAN, ALLISON A. JEAN, Individually and as the surviving mother of BOTHAM SHEM JEAN, and ALLISA E. FINDLEY as the Administrator of the Estate of BOTHAM SHEM JEAN, | § § § § § § § § | CIVIL ACTION NO. |
| | § | 3:18-CV-2862-M |
| *Plaintiffs* | § | |
| v. | § | |
| | § | |
| THE CITY OF DALLAS and AMBER GUYGER, | § § | |
| | § | |
| *Defendants* | § | |

## WAIVER OF SERVICE OF SUMMONS

TO:   Daryl K. Washington
      Washington Law Firm, P.C.
      325 N. St. Paul, Suite 3950
      Dallas, Texas 75201

I acknowledge receipt of your request that I waive service of a summons in the action stated above, which was filed in the United States District Court for the Northern District of Texas. I have also received a copy of the complaint in the action, two copies of this Instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Defendant Amber Guyger be served with judicial process in the manner provided by Rule 4.

Defendant Amber Guyger will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against Defendant Amber Guyger if an answer or motion under Rule 12 is not served upon you within ~~30~~ (sixty) 60 ~~days~~ days after the date the request was sent, which was January 7, 2019.

_1/8/19_____
Date

_____
Robert L. Rogers, Attorney authorized to accept service on behalf of Amber Guyger