**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| BERTRUM JEAN, individually and as the surviving father of Bothan Shem Jean, ALLISON A. JEAN, individually and as the surviving mother of Botham Shem Jean, and ALLISON E. FINDLEY as the Administrator of the Estate of Botham Shem Jean,<br>　　　　Plaintiffs,<br><br>v.<br><br>THE CITY OF DALLAS, TEXAS, and AMBER GUYGER,<br>　　　　Defendants. | §§§§§§§§§§§§§ | Civil Action No. 3:18-CV-2862-M |

## ORDER

By *Standing Order of Reference...* filed January 17, 2019, this case was referred for pretrial management. Before the Court is *Plaintiffs' Motion for Leave to file Sur-Reply to the Defendant City of Dallas's Rule 12(b)(6) Motion to Dismiss*, filed January 18, 2019 (doc. 16).

Respondents may file a response *and brief containing citations to relevant authorities*[1] no later than **Tuesday, January 29, 2019**.  Movants may not file a reply.

At this time, no hearing will be scheduled on this matter.

**SO ORDERED** on this 22nd day of January, 2019.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　IRMA CARRILLO RAMIREZ
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions.  Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and *authorities*."  (emphasis added).  Briefs containing authorities greatly assist the Court in making rulings more expeditiously.