UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BERTRUM JEAN, Individually and as the surviving father of BOTHAM SHEM JEAN, ALLISON A. JEAN, Individually and as the surviving mother of BOTHAM SHEM JEAN and ALLISA E. FINDLEY as the Administrator of the estate of BOTHAM SHEM JEAN,<br>    *Plaintiffs*,<br><br>VS.<br><br>THE CITY OF DALLAS, TEXAS AND AMBER GUYGER,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§      CIVIL ACTION NO. 3:18-cv-02862-M-BH |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Ben Crump Law, PLLC                                                          , with offices at

122 S. Calhoun Street
(Street Address)

Tallahassee                           FL              32301
(City)                                (State)         (Zip Code)

(850) 224-2020                        (850) 224-2021
(Telephone No.)                       (Fax No.)

II.  Applicant will sign all filings with the name  Benjamin L. Crump                  .

III. Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

BERTRUM JEAN, Individually and as the surviving father of BOTHAM SHEM JEAN, ALLISON A. JEAN, Individually and as the surviving mother of BOTHAM SHEM JEAN and ALLISA E. FINDLEY as the Administrator of the estate of BOTHAM SHEM JEAN.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____Florida_____, where Applicant regularly practices law.

Bar license number: 0072853     Admission date: 01-18-1996

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. Supreme Court | 05/28/2002 | Active |
| US Dist. Court for Northern FL | 12/21/2001 | Active |
| US Dist. Court Middle FL | 02/15/2002 | Active |
| US Dist. Court Southern FL | 12/21/2001 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX.  Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |

(If necessary, attach statement of additional applications.)

X.  Local counsel of record associated with Applicant in this matter is

Daryl K. Washington_____, who has offices at

325 N. St. Paul St., Suite 3950
(Street Address)

| Dallas | TX | 75201 |
|---|---|---|
| (City) | (State) | (Zip Code) |

| 214-880-4883 | 214-751-6685 |
|---|---|
| (Telephone No.) | (Facsimile No.) |

XI.  Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII.  Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 29th   day of January_____, 2019___.

Benjamin L. Crump, Esq._____
Printed Name of Applicant

*/s/ Benjamin L. Crump*_____
Signature



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

**Joshua E. Doyle**
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida   )

County of Leon    )

In Re:  0072583
Ben Crump
Ben Crump Law, PLLC
122 S Calhoun St
Tallahassee, FL 32301-1518

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **January 18, 1996**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 29th day of **January**, 2019.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-33598

# Supreme Court of Florida
## Certificate of Good Standing

I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**BEN CRUMP**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **January 18, 1996**, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this December 5, 2018.

_____
Clerk of the Supreme Court of Florida.