UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BERTRUM JEAN, Individually and as the surviving father of BOTHAM SHEM JEAN, ALLISON A. JEAN, Individually and as the surviving mother of BOTHAM SHEM JEAN and ALLISA E. FINDLEY as the Administrator of the estate of BOTHAM SHEM JEAN,<br>    *Plaintiffs*,<br><br>VS.<br><br>THE CITY OF DALLAS, TEXAS AND AMBER GUYGER,<br>    *Defendants*. | §§§§§§§§§§§§§§§§ CIVIL ACTION NO. 3:18-cv-02862-M-BH |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case representing Plaintiffs, **BERTRUM JEAN, Individually and as the surviving father of BOTHAM SHEM JEAN, ALLISON A. JEAN, Individually and as the surviving mother of BOTHAM SHEM JEAN and ALLISA E. FINDLEY as the Administrator of the estate of BOTHAM SHEM JEAN**, as follows: Benjamin L. Crump, Esq., **BEN CRUMP LAW, PLLC**, 122 South Calhoun Street, Tallahassee, Florida 32301; Telephone (850) 224-2020; Facsimile (850) 224-2021; Email: court@bencrump.com and chris@bencrump.com.

I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ Benjamin L. Crump, Esq.
_____
Benjamin L. Crump, Esquire

**BEN CRUMP LAW, PLLC**
Florida Bar No: 0072583
122 South Calhoun Street
Tallahassee, Florida 32301
(850) 224-2020 Telephone
(850) 224-2021 Facsimile
court@bencrump.com
ben@bencrump.com
*Attorney for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all attorneys of record.

      /s/ Benjamin L. Crump, Esq.

_____
Benjamin L. Crump, Esquire
**BEN CRUMP LAW, PLLC**
Florida Bar No: 0072583
122 South Calhoun Street
Tallahassee, Florida 32301
(850) 224-2020 Telephone
(850) 224-2021 Facsimile
court@bencrump.com
ben@bencrump.com
*Attorney for Plaintiff(s*