**United States District Court**
**Northern District of Texas**
**Dallas Division**

| | | |
|---|---|---|
| **Bertrum Jean et al.,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:18-cv-02862-M** |
| | § | |
| **The City of Dallas and** | § | |
| **Amber Guyger,** | § | |
| **Defendants.** | § | |

**Defendant Amber Guyger's Motion to Extend**
**Time to File Answer or Rule 12 Motion**

Defendant Amber Guyger ("Guyger") files this motion to extend the time, under Rule 6(b) of the Federal Rules of Civil Procedure, for filing her answer or Rule 12 motion to Plaintiffs' Original Complaint ("Complaint") and shows the following:

1.      Plaintiffs filed the Complaint on October 27, 2018, alleging that Defendants violated Plaintiffs' federal constitutional rights.

2.      On January 7, 2019, Plaintiffs sent Guyger, through her criminal-defense attorney, Robert L. Rogers, a request for waiver of service. On January 8, 2019, Mr. Rogers signed the waiver of service on behalf of Guyger; accordingly, the deadline for Guyger to file an answer or Rule 12 motion is March 8, 2019.

3.      Guyger requests that the time for filing her answer or Rule 12 motion be extended to March 22, 2019. Guyger requests the additional time because her attorney for this case has not completed his review of the case information and materials necessary for filing an answer or Rule 12 motion.

4.      On March 6, 2019, the undersigned attorney for Guyger called Plaintiffs'

attorney, Daryl K. Washington, regarding the requested extension of time. Mr. Washington was unavailable, so the undersigned left a detailed message with Mr. Washington's assistant regarding the requested extension. In the message for Mr. Washington, the undersigned requested a 21-day extension of time. In this motion, the requested extension has been shortened to 14 days. As of the time of filing this motion, the undersigned has not heard back from Mr. Washington.

5.     This request is made in good faith and not for delay.

**Wherefore**, Defendant Amber Guyger requests that this motion be granted, that the time for Guyger to file her answer or Rule 12 motion to Plaintiffs' Original Complaint be extended to March 22, 2019, and that Guyger be granted all other relief to which she is entitled.

Respectfully submitted,

_s/ Mark E. Goldstucker_____
**Mark E. Goldstucker**
State Bar of Texas No. 08104100
Law Office of Mark E. Goldstucker
300 North Coit Road, Suite 1125
Richardson, Texas 75080
Telephone: 972-479-1112
Fax: 972-479-1113
mgoldstucker@gmail.com

**Attorney for Defendant Amber Guyger**

## **Certificate of Conference**

On March 6, 2019, the undersigned attorney for Guyger called Plaintiffs' attorney, Daryl K. Washington, regarding the requested extension of time. Mr. Washington was unavailable, so the undersigned left a detailed message with Mr. Washington's assistant regarding the requested extension. As of the time of filing this motion, the undersigned has not heard back from Mr. Washington.

　s/ Mark E. Goldstucker　　　　　　
**Mark E. Goldstucker**

## **Certificate of Service**

On March 8, 2019, a copy of the foregoing document was served electronically through the Court's ECF system on all counsel of record.

　s/ Mark E. Goldstucker　　　　　　
**Mark E. Goldstucker**