United States District Court
Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| **Bertrum Jean et al.,** | § | |
|     **Plaintiffs,** | § | |
| | § | |
| v. | § | Civil Action No. 3:18-cv-02862-M |
| | § | |
| **The City of Dallas, Texas and** | § | |
| **Amber Guyger,** | § | |
|     **Defendants.** | § | |

## Appendix in Support of Defendant Amber Guyger's Motion to Stay This Action

Defendant Amber Guyger ("Guyger") submits this appendix containing the evidence relied on by her in support of Defendant Amber Guyger's Motion to Stay This Action Pending Resolution of Her Criminal Case, and Brief in Support, filed concurrently with this appendix.

| Exhibit | Document | Pages |
|---|---|---|
| A | Affidavit of Mark E. Goldstucker | 1-2 |
| A-1 | Indictment No.: F1800737 | 3 |
| B | Affidavit of Robert Rogers | 4-5 |

Respectfully submitted,

  s/ Mark E. Goldstucker
**Mark E. Goldstucker**
State Bar of Texas No. 08104100
Law Office of Mark E. Goldstucker
300 North Coit Road, Suite 1125
Richardson, Texas 75080
Telephone: 972-479-1112
Fax: 972-479-1113
mgoldstucker@gmail.com

**Attorney for Defendant Amber Guyger**

## Certificate of Service

On March 22, 2019, a copy of the foregoing document was served electronically through the Court's ECF system on all counsel of record.

 s/ Mark E. Goldstucker
**Mark E. Goldstucker**

**EXHIBIT A**

**United States District Court**
**Northern District of Texas**
**Dallas Division**

| | | |
|---|---|---|
| **Bertrum Jean et al.,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | Civil Action No. 3:18-cv-02862-M |
| | § | |
| **The City of Dallas and** | § | |
| **Amber Guyger,** | § | |
| **Defendants.** | § | |

### Affidavit of Mark E. Goldstucker

**State of Texas** §
§
**County of Dallas** §

**Before me**, the undersigned authority, on this day personally appeared Mark E. Goldstucker, who being of lawful age and duly sworn on oath, deposes and states as follows:

1. I am over the age of twenty-one years, I have never been convicted of any felony or other crime involving dishonesty or moral turpitude, and I am fully competent to testify regarding each of the matters herein. Each of the statements in this affidavit is true and correct and is within my personal knowledge.

2. I am an attorney licensed to practice law in the State of Texas and am admitted to practice before the United States District Court for the Northern District of Texas. I am counsel of record for Amber Guyger, one of the Defendants in this action.

3. Attached to this affidavit is a true and correct copy, except the redaction of the date of birth, of the indictment in criminal case number F-1800737, *The State of Texas v. Amber Renee Guyger*, in the 204th District Court of Dallas County, Texas, as obtained by

---

Affidavit of Mark E. Goldstucker                                                                                                    -Page 1

me from the online records of Dallas County, Texas. The date-of-birth redaction was done by me.

*[signature]*
**Mark E. Goldstucker**

Subscribed and sworn to before me, the undersigned authority, on the 22ND day of March, 2019.

[Notary seal: KATHLEEN A. YANT, My Notary ID # 8342064, Expires June 9, 2022]

*[signature: Kathleen A. Yant]*
Notary Public, State of Texas

My commission expires: _____

# GRAND JURY REFERRAL




EXHIBIT A-1

## The State of Texas vs. AMBER RENEE GUYGER

DOB: ███████ Sex: Female    Race: White

SID No.
AIS No. 3056233

GJ Witness: David Armstrong

| C | Offense | LD | Statute | Agency | TRN | TRS | NCIC Code |
|---|---------|----|---------|--------|-----|-----|-----------|
| 1 | MURDER | F1 | PC 19.02(c) | TX057015A | | | 09990030 |

**INDICTMENT NO.: F1800737**

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

The Grand Jury of Dallas County, State of Texas, duly organized at the JULY Term, A.D., 2018 of the 194th Judicial District Court for said County, upon its oath do present in and to said Court at said term,

That **AMBER RENEE GUYGER,** hereinafter called Defendant, **on or about the 6th day of September, 2018,** in the County of Dallas, State of Texas, did unlawfully then and there intentionally and knowingly cause the death of BOTHAM JEAN, an individual, hereinafter called deceased, by shooting the deceased with a firearm, a deadly weapon,

And further did unlawfully then and there intend to cause serious bodily injury to BOTHAM JEAN, hereinafter called deceased, and did then and there commit an act clearly dangerous to human life, to-wit: by shooting the deceased with a firearm, a deadly weapon, and did thereby cause the death of BOTHAM JEAN, an individual,

FILED 2018 NOV 30 AM 11:43
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

Against the peace and dignity of the State.

_____
Foreman of the Grand Jury

Page 1 of 1



EXHIBIT
B

**United States District Court**
**Northern District of Texas**
**Dallas Division**

| | | |
|---|---|---|
| Bertrum Jean et al.,<br>Plaintiffs, | § § § § | |
| v. | § | Civil Action No. 3:18-cv-02862-M |
| The City of Dallas and<br>Amber Guyger,<br>Defendants. | § § § § | |

**Affidavit of Robert Rogers**

State of Texas §
§
County of Dallas §

**Before me**, the undersigned authority, on this day personally appeared Robert Rogers, who being of lawful age and duly sworn on oath, deposes and states as follows:

1. I am over the age of twenty-one years, I have never been convicted of any felony or other crime involving dishonesty or moral turpitude, and I am fully competent to testify regarding each of the matters herein. Each of the statements in this affidavit is true and correct and is within my personal knowledge.

2. I am an attorney licensed to practice law in the State of Texas. I am admitted to practice before the United States District Court for the Northern District of Texas. I am representing Amber Guyger, one of the Defendants in this civil action, in the criminal prosecution brought against her arising from the death of Botham Jean on September 6, 2018, while Ms. Guyger was a police officer with the Dallas Police Department.

3. The criminal case against Ms. Guyger began when an indictment was issued against her by the Dallas County Grand Jury on or about November 30, 2018. Her case is pending in Dallas County, under cause number F-1800737. The case was recently set for trial on August 12, 2019. I am currently engaged in obtaining discovery from the prosecutors in the criminal case.

4. In my professional opinion, having the civil action against Ms. Guyger continue to proceed while the criminal case is pending will be detrimental to her defense in the criminal case. Discovery generated in the civil action, which is not normally in the purview of state prosecutors, may potentially prejudice the prosecutors against Ms. Guyger. I am also concerned that the publicity surrounding the civil trial, including comments made by the Plaintiffs' attorneys in the civil action to the media, would taint any potential jury pool and prevent any chance that Ms. Guyger will receive a fair trial in the criminal case.

_____
Robert Rogers

Subscribed and sworn to before me, the undersigned authority, on the 22 day of March, 2019.

_____
Notary Public, State of Texas

My commission expires: 3/13/21



SUSAN TAYLOR
Notary Public, State of Texas
Comm. Expires 03-13-2021
Notary ID 7366806

---

Affidavit of Robert Rogers                                                                                                    -Page 2

5