**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| BERTRUM JEAN, individually and as the surviving father of Bothan Shem Jean, ALLISON A. JEAN, individually and as the surviving mother of Botham Shem Jean, and ALLISON E. FINDLEY as the Administrator of the Estate of Botham Shem Jean,<br>　　　　Plaintiffs,<br><br>v.<br><br>THE CITY OF DALLAS, TEXAS, and AMBER GUYGER,<br>　　　　Defendants. | §§§§§§§§§§§§§§ | <br><br><br><br><br><br><br><br>Civil Action No. 3:18-CV-2862-M<br><br><br><br>Referred to U.S. Magistrate Judge |

## ORDER

By *Standing Order of Reference...* filed January 17, 2019, this case was referred for full case management.  Before the Court is *Defendant Amber Guyger's Motion to Stay this Action Pending Resolution of her Criminal Case, and Brief in Support*, filed March 22, 2019 (doc. 24).

The plaintiffs may file a response *and brief containing citations to relevant authorities*[1] no later than **Friday, April 12, 2019**.  The defendant may file a reply no later than **Friday, April 26, 2019**.

At this time, no hearing will be scheduled on this matter.

**SO ORDERED** on this 25th day of March, 2019.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions.  Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and *authorities*."  (emphasis added).  Briefs containing authorities greatly assist the Court in making rulings more expeditiously.