## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| BERTRUM JEAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:18-CV-2862-m |
| | ) | |
| vs. | ) | Chief Judge Barbara M. G. Lynn |
| | ) | |
| CITY OF DALLAS, et al., | ) | Mag. Judge Irma Carrillo Ramirez |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT:

Lindsay Wilson Gowin of the Dallas City Attorney's Office enters her appearance as counsel of record for Defendant City of Dallas in the above-styled cause of action, and requests that the Clerk of the Court enter her appearance on the civil docket for this matter.  Ms. Gowin is authorized to receive service of all pleadings, notices, orders, and other papers filed in this lawsuit through the Court's electronic case filing system.  Ms. Gowin's contact information is as follows:

> Lindsay Wilson Gowin
> Senior Assistant City Attorney
> 7BN Dallas City Hall
> 1500 Marilla Street
> Dallas, Texas 75201-6318
> Telephone:  (214) 671-8225
> Facsimile:  (214) 670-0622
> Email:      lindsay.gowin@dallascityhall.com

Respectfully submitted,

CITY ATTORNEY OF THE CITY OF DALLAS

Christopher J. Caso
Interim City Attorney

*/s/  Lindsay Wilson Gowin*
Senior Assistant City Attorney
Texas State Bar No. 24111401
lindsay.gowin@dallascityhall.com

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone:   214-670-3519
Facsimile:    214-670-0622

*Attorneys for Defendant City of Dallas*

## CERTIFICATE OF SERVICE

I certify that on July 8, 2019, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Daryl Washington                          Benjamin Crump
325 N. Saint Paul St. Suite 3950          122 S. Calhoun Street
Dallas, TX 75201                          Tallahassee, FL 32301-1518

Stacy Merritt, Sr.                        Mark Goldstucker
1910 Pacific Ave., Suite 11500            300 N. Coit Road, Suite 1125
Dallas, TX 75201                          Richardson, TX 75080

*/s/ Lindsay Wilson Gowin*
Senior Assistant City Attorney