IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BERTRUM JEAN et al., | § |
| Plaintiffs, | § § § |
| v. | § CIVIL ACTION NO. 3:18-CV-2862-M-BH § § |
| AMBER GUYGER et al., | § Referred to United States Magistrate Judge § for Pretrial Management § |
| Defendants. | § § |

**NOTICE OF APPEARANCE OF COUNSEL**

TO THE HONORABLE COURT:

Tatia R. Wilson of the Dallas City Attorney's Office enters her appearance as counsel of record for the Defendant City of Dallas in the above-styled cause of action, and requests that the Clerk of the Court enter her appearance on the civil docket for this matter. Ms. Wilson is authorized to receive service of all pleadings, notices, orders, and other papers filed in this lawsuit through the Court's electronic case filing system. Ms. Wilson's contact information is as follows:

Tatia R. Wilson
Senior Assistant City Attorney
7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone:  (214) 671-9553
Facsimile:  (214) 670-0622
E-mail:  tatia.wilson@dallascityhall.com

Respectfully submitted,

CITY ATTORNEY OF THE CITY OF DALLAS

Christopher J. Caso
Interim City Attorney

s/ *Tatia R. Wilson*
Tatia R. Wilson
Senior Assistant City Attorney
Texas State Bar No. 00795793
tatia.wilson@dallascityhall.com

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone:   214-670-3519
Facsimile:   214-670-0622

*Attorneys for Defendant City of Dallas*

## CERTIFICATE OF SERVICE

I certify that on July 12, 2019, I electronically filed the foregoing document with the clerk of court for the United States District Court for the Northern District of Texas using the CM/ECF electronic case filing system of the court.  The electronic case filing system will send a "Notice of Electronic Filing" notification to all case participants registered for electronic notice, including all *pro se* parties and/or attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.  I further certify that I have served to the extent applicable all case participants not registered for electronic notice by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

s/ *Tatia R. Wilson*
Tatia R. Wilson
Senior Assistant City Attorney