IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BERTRUM JEAN, Individually and as the surviving father of BOTHAM SHEM JEAN ALLISON A. JEAN, Individually and as the surviving mother of BOTHAM SHEM JEAN and ALLISA E FINDLEY as the Administrator of the estate of BOTHAM SHEM JEAN,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE CITY OF DALLAS, TEXAS and AMBER GUYGER,<br>*Defendants*. | § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>3:18-cv 02862-M |

## NOTICE OF APPEARANCE AND DESIGNATION OF
## LEAD COUNSEL FOR PLAINTIFFS

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that the following attorney is entering an appearance for Plaintiffs, BERTRUM JEAN, Individually and as the surviving father of BOTHAM SHEM JEAN, ALLISON A. JEAN, Individually and as the surviving mother of BOTHAM SHEM JEAN and ALLISA E. FINDLEY as the Administrator of the Estate of BOTHAM SHEM JEAN, and will serve as lead counsel and replacing Daryl K. Washington as lead counsel in the above numbered and entitled cause:

STACY LEE MERRITT
State Bar No. PA 314891
Merritt Law Firm, LLC
1910 Pacific Avenue, Suite 8000
Dallas, TX 75201
Phone:  888-647-3041
Email: lee@leemerrittesq.com

I certify that I am admitted to practice in this Court.

                                            Respectfully submitted,

                                            /s/ Stacy Lee Merritt_____
                                            STACY LEE MERRITT, Esq.
                                            State Bar No. PA 314891
                                            Merritt Law Firm, LLC
                                            1910 Pacific Avenue, Suite 8000
                                            Dallas, TX 75201
                                            Phone:  888-647-3041
                                            Email: lee@leemerrittesq.com

## CERTIFICATE OF SERVICE

I certify that on September 16, 2019, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the CM/ECF electronic case filing system of the court.  The electronic case filing system will send a "Notice of Electronic Filing" notification to all case participants registered for electronic notice, including all *pro se* parties and/or attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.  I further certify that I have service to the extent applicable all case participants not registered for electronic notice by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                            /s/ Stacy Lee Merritt_____
                                            Stacy Lee Merritt
                                            Attorney for Plaintiffs