IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BERTRUM JEAN, individually and as the surviving father of Bothan Shem Jean, ALLISON A. JEAN, individually and as the surviving mother of Botham Shem Jean, and ALLISA E. FINDLEY as the Administrator of the Estate of Botham Shem Jean,<br>　　　　Plaintiffs,<br><br>v.<br><br>THE CITY OF DALLAS, TEXAS, and AMBER GUYGER,<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§　Civil Action No. 3:18-CV-2862-M |

## ORDER STAYING CASE

In light of the fact that the criminal trial of Amber Guyger relating to facts which are the subject of this case is being tried beginning today, the Court *sua sponte* stays the entirety of this case. The Court will reopen this case at an appropriate later time.

**SIGNED** this 23rd day of September, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE