IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BERTRUM JEAN, individually and as the surviving father of Bothan Shem Jean, ALLISON A. JEAN, individually and as the surviving mother of Botham Shem Jean, and ALLISA E. FINDLEY as the Administrator of the Estate of Botham Shem Jean,<br>　　　　Plaintiffs,<br><br>v.<br><br>THE CITY OF DALLAS, TEXAS, and AMBER GUYGER,<br>　　　　Defendants. | §§§§§§§§§§§§§§§ | Civil Action No. 3:18-CV-2862-M |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*The Defendant City of Dallas's Motion Pursuant to Rule 12(b)(6) to Dismiss the Plaintiffs' Claims Alleged Against it in the Plaintiffs' Original Complaint, and Brief in Support*, filed November 29, 2018 (doc. 7), is **GRANTED**. By separate judgment, all of the plaintiffs' claims against the defendant City of Dallas, Texas, will be **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

SIGNED this 23 day of December, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE