IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BERTRUM JEAN, individually and as the surviving father of Bothan Shem Jean, ALLISON A. JEAN, individually and as the surviving mother of Botham Shem Jean, and ALLISA E. FINDLEY as the Administrator of the Estate of Botham Shem Jean,<br>　　　　Plaintiffs,<br><br>v.<br><br>THE CITY OF DALLAS, TEXAS, and AMBER GUYGER,<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 3:18-CV-2862-M |

## PARTIAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. All of the plaintiffs' claims against the defendant City of Dallas, Texas, are **DISMISSED with prejudice** for failure to state a claim.

2. The taxable costs of court for the defendant City of Dallas, Texas, as calculated by the clerk of the court, are assessed against the plaintiffs.

3. Under Federal Rule of Civil Procedure 54(b), the court expressly determines that there is not just reason for delay and directs the clerk of the court to enter this as a final judgment for the defendant City of Dallas, Texas.

4. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to all parties.

SIGNED this 23 day of **December, 2019.**

*Barbara M G Lynn*
BARBARA M. G. LYNN
CHIEF JUDGE