United States District Court
Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| **Bertrum Jean et al.,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | Civil Action No. 3:18-cv-02862-M |
| | § | |
| **The City of Dallas, Texas and** | § | |
| **Amber Guyger,** | § | |
| **Defendants.** | § | |

### Defendant Amber Guyger's Certificate of Interested Persons

The undersigned counsel of record for Defendant Amber Guyger certifies that the following listed persons and entities have an interest in the outcome of this case. *See* Local Rule 7.4.

| **Name** | **Interest** |
|---|---|
| Bertrum Jean, individually and as the surviving father of Botham Shem Jean | Plaintiff |
| Allison A. Jean, individually and as the surviving mother of Botham Shem Jean | Plaintiff |
| Allisa E. Findley, as the Administrator of the estate of Botham Shem Jean | Plaintiff |
| Daryl K. Washington<br>Washington Law Firm, P.C. | Counsel for Plaintiffs |
| Stacy Sylvester Lee Merritt, Sr.<br>Merritt Law Firm LLC | Counsel for Plaintiffs |
| Benjamin Lloyd Crump<br>Ben Crump Law PLLC | Counsel for Plaintiffs |
| The City of Dallas, Texas | Defendant |

| | |
|---|---|
| Christopher J. Caso<br>Amy I. Messer<br>Lindsay Erin Wilson Gowin<br>Tatia R. Wilson<br>Dallas City Attorney's Office | Counsel for Defendant City of Dallas, Texas |
| Amber Guyger | Defendant |
| Mark E. Goldstucker<br>Law Office of Mark E. Goldstucker | Counsel for Defendant Amber Guyger |

Respectfully submitted,

  s/ Mark E. Goldstucker
**Mark E. Goldstucker**
State Bar of Texas No. 08104100
Law Office of Mark E. Goldstucker
300 North Coit Road, Suite 1125
Richardson, Texas 75080
Telephone: 972-479-1112
Fax: 972-479-1113
mgoldstucker@gmail.com

**Attorney for Defendant Amber Guyger**

## Certificate of Service

On January 16, 2020, a copy of the foregoing document was served electronically through the Court's ECF system on all counsel of record, and by United States mail to Defendant Amber Guyger, TDCJ Number 02283505, Mountain View Unit, 2305 Ransom Road, Gatesville, TX 76528.

  s/ Mark E. Goldstucker
**Mark E. Goldstucker**