**United States District Court**
**Northern District of Texas**
**Dallas Division**

| | | |
|---|---|---|
| **Bertrum Jean et al.,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:18-cv-02862-M** |
| | § | |
| **The City of Dallas, Texas and** | § | |
| **Amber Guyger,** | § | |
| **Defendants.** | § | |

## Defendant Amber Guyger's Motion for Withdrawal of Counsel

Defendant Amber Guyger ("Guyger") files this motion for withdrawal of counsel, and shows the following:

1.      The costs of Guyger's defense in this action have, until now, been paid by the City of Dallas ("City") under the City of Dallas Officer and Employee Liability Plan ("Plan"), found in chapter 31A of the Dallas City Code. In connection with providing that defense, the City retained Mark E. Goldstucker to represent Guyger in this action and agreed to pay his reasonable fees and expenses.

2.      On October 1, 2019, a jury in Dallas County, Texas, found Guyger guilty of the intentional and knowing violation of a penal statute of the State of Texas, arising out of the same events on which this action is based. A claim against an officer or employee based on conduct resulting in such a conviction is excluded from coverage under the Plan.

3.      The City has now notified Guyger that, because of Guyger's criminal conviction, the City will no longer pay the costs of Guyger's defense, including the fees and expenses of her attorney, in this action.

4.      Guyger requests that her current be permitted to withdraw as counsel of record for Guyger.

5.      Guyger is unable to pay the fees for her current counsel of record, Mark E. Goldstucker, to continue representing her in this action and therefore requests that the attorney be allowed to withdraw from representing her. Guyger understands that such withdrawal will leave her without attorney representation in this action and that, unless she retains another attorney at a future date, she will be representing herself.

6.      Prior to withdrawal, her current attorney will ensure that any actions with deadlines in the next 30 days are completed and that Guyger is aware of all other case matters.

7.      This withdrawal is not sought for delay only. By her signature below, Guyger approves the requested withdrawal.

**Wherefore**, Defendant Amber Guyger requests that this motion be granted and that the Court order the Clerk of the Court to remove Mark E. Goldstucker as counsel of record for Guyger.

Respectfully submitted,

  s/ Mark E. Goldstucker                          
**Mark E. Goldstucker**
State Bar of Texas No. 08104100
Law Office of Mark E. Goldstucker
300 North Coit Road, Suite 1125
Richardson, Texas 75080
Telephone: 972-479-1112
Fax: 972-479-1113
mgoldstucker@gmail.com

**Attorney for Defendant Amber Guyger**

Withdrawal of counsel approved:

_____

**Amber Guyer**

Date: ___1 - 13 - 20___

## Certificate of Conference

On the _____ day of _____, 2020, the undersigned attorney for Guyger

conferred by email with Plaintiffs' attorney, Daryl K. Washington, regarding this motion.

Mr. Washington stated that [Plaintiffs are not opposed / Plaintiffs are opposed.]

_s/ Mark E. Goldstucker_____

**Mark E. Goldstucker**

## Certificate of Service

On the _____ day of _____, 2020, a copy of the foregoing document was

served electronically through the Court's ECF system on all counsel of record, and by

United States mail to Defendant Amber Guyger.

_s/ Mark E. Goldstucker_____

**Mark E. Goldstucker**