IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BERTRUM JEAN, individually and as the surviving father of Bothan Shem Jean, ALLISON A. JEAN, individually and as the surviving mother of Botham Shem Jean, and ALLISON E. FINDLEY as the Administrator of the Estate of Botham Shem Jean,<br>           Plaintiffs,<br><br>v.<br><br>THE CITY OF DALLAS, TEXAS, and AMBER GUYGER,<br>           Defendants. | § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br><br>Civil Action No. 3:18-CV-2862-M<br><br><br><br>Referred to U.S. Magistrate Judge[1] |

## ORDER

Before the Court is *City of Dallas's Unopposed Motion for Withdrawal of Amy I. Messer as Counsel*, filed April 23, 2020 (doc. 59). Finding good cause, the defendant's motion is **GRANTED**, and Amy I. Messer is deemed withdrawn as counsel for the City.

**SO ORDERED** on this 24th day of April, 2020.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] By *Standing Order of Reference* filed January 17, 2019, this case was referred for full case management. (*See* doc. 15.)