IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BERTRUM JEAN, Individually and as the surviving father of BOTHAM SHEM JEAN, ALLISON A. JEAN, Individually and as the surviving mother of BOTHAM SHEM JEAN, and ALLISA E. FINDLEY as the Administrator of the Estate of BOTHAM SHEM JEAN,<br><br>    *Plaintiffs*<br>v.<br><br>THE CITY OF DALLAS and AMBER GUYGER,<br><br>    *Defendants* | CIVIL ACTION NO.<br><br>3:18-CV-2862-M |

**WITHDRAW OF APPEARANCE**

TO THE PROTHONOTARY:

Kindly withdraw my appearance on behalf of the Plaintiffs in the above-captioned matter. upon payment of your costs only.

    Respectfully submitted,

    /s/ S. Lee Merritt_____
    S. Lee Merritt
    State Bar No. PA 314891
    MERRITT LAW FIRM, LLC
    1910 Pacific Ave., Suite 11500
    Dallas, Texas 75201
    888-647-3041
    Lee@leemerrittesq.com