THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BERTRUM JEAN, et al § <br> Plaintiffs, § <br> § <br> § <br> v. § <br> § <br> THE CITY OF DALLAS, TEXAS AND § <br> AMBER GUYGER, § <br> Defendants. § | CIVIL ACTION NO. 3:18-cv-02862-M |

## UNOPPOSED MOTION TO WITHDRAW

Joseph M. Cox and Bracewell, LLP respectfully request that the Court remove them as pro bono counsel for Defendant Amber Guyger and respectfully state as follows:

### I. BACKGROUND

1. On February 10, 2022, this Court appointed Joseph M. Cox and Bracewell, LLP (collectively referred to as "Cox") as pro bono counsel for Defendant Amber Guyger [Dkt. No. 133], as well as made a ruling in Dkt. No. 134 regarding a deposition of Defendant Amber Guyger. Since the time that Cox was appointed he has reviewed the docket, the claims of the parties in this matter, and the defensive pleadings and the positions of the Defendants.

2. Cox has determined that there is a conflict of interest with his representation of Defendant Guyger in this matter as it relates to other matters that his firm handles for City of Dallas.

### II. ARGUMENT AND AUTHORITIES

3. District Courts are given wide discretion in allowing for the withdrawal of an attorney in a matter. Here, this case has been going on for a couple of years and it now appears to be heading into a discovery phase. Allowing for the withdrawal of Cox at this juncture would not have an adverse effect on the case at this time.

4. In accordance with LR83.12, Cox states that the succeeding attorney is not known at this time. Further, Cox has not had the chance to even speak with Defendant Guyger as she is incarcerated. Defendant Guyger's last known address is as follows:

> Ms. Amber Guyger
> Prisoner ID No. 02283505
> TDJC Mountain View
> 2305 Ransom Road
> Gatesville, Texas 76528

5. I have emailed all counsel of record in this matter and they are unopposed to this motion.

## III. CONCLUSION

For the foregoing reasons, Joseph M. Cox and Bracewell, LLP respectfully request that the Court removes them from this case as counsel of record for Defendant Amber Guyger, as well as any further relief to which they may be justly entitled.

Dated: February 18, 2022.

Respectfully submitted,

**BRACEWELL LLP**

By: */s/ Joseph M. Cox*
Joseph M. Cox
State Bar No. 04950200

1445 Ross Avenue, Suite 3800
Dallas, Texas 75202-2724
Telephone: (214) 758-3800
Facsimile: (800) 404-3970
joe.cox@bracewell.com

**ATTORNEY FOR DEFENDANT AMBER GUYGER**

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 18, 2022, I had an email exchange with all counsel of record and all stated they are not opposed to this motion. Therefore, this motion is presented as unopposed.

                                                  */s/ Joseph M. Cox*
                                                    Joseph M. Cox

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2022, a true and correct copy of the foregoing was served via electronic means to all parties entitled to receive notice in this case through the Court's ECF system.

                                                  */s/ Joseph M. Cox*
                                                      Joseph M. Cox