IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BERTRUM JEAN, Individually and as the surviving father of BOTHAM SHEM JEAN, ALLISON A. JEAN, Individually and as the surviving mother of BOTHAM SHEM JEAN, and ALLISA E. FINDLEY as the Administrator of the Estate of BOTHAM SHEM JEAN,<br>　　　*Plaintiffs*,<br><br>v.<br><br>THE CITY OF DALLAS, TEXAS, and AMBER GUYGER,<br>　　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br><br>3:18-CV-2862-M-BH |

---

### DEFENDANT CITY OF DALLAS'S
### MOTION FOR SUMMARY JUDGMENT
---

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant City of Dallas ("the City"), pursuant to Rule 56 of Civil Procedure and Local Civil Rule LR 56.3, files this motion for summary judgment as to all claims alleged against it by Plaintiffs. The City separately files their supporting brief (ECF No. 167) and appendix (ECF No. 167-1) in accordance with Local Civil Rules LR 56.5 and LR 56.6.

### I.　　SUMMARY OF CLAIMS AND DEFENSES

Plaintiffs asserts three causes of action against the City pursuant to 42 U.S.C. § 1983, all sounding in failures to train and supervise/discipline its employees.

In this motion, the City seeks summary judgment on all claims against it. Per Local Civil Rule LR 56.3 ("Content of Motion"), the elements of each claim or defense as to which the City seeks summary judgment are set forth in its supporting brief (ECF No. 167).

## II. RELEVANT PROCEDURAL HISTORY

This case involves the tragic shooting death of Botham Jean. Plaintiffs initiated this lawsuit against the City and Defendant Amber Guyger ("Ms. Guyger") on October 26, 2018. (Doc. No. 1.) Ms. Guyger's criminal trial began on September 23, 2019, and this Court *sua sponte* stayed the case in its entirety pending the disposition of the criminal trial. (Doc. No. 39.) Three months later, on December 23, 2019, the Court entered a partial judgment, dismissing with prejudice Plaintiffs' claims against the City for failure to state a claim. (Doc. No. 41.)

On December 17, 2020, upon Plaintiffs' motion, the Court vacated its prior partial judgment and granted Plaintiffs leave to amend their complaint to reinstate the City into the lawsuit. (Doc. No. 75.) The Plaintiffs filed their Amended Complaint on December 31, 2020 (Doc No. 76), which the City timely answered on January 14, 2021. (Doc. No. 78.) .

After considerable motions practice, this Court ordered all dispositive motions be filed by October 24, 2022. (Doc. No. 153.)

## II. SUMMARY OF UNDISPUTED FACTS

Pursuant to Local Rule LR 56.3(b), the City's summary of undisputed facts is included in its supporting brief (ECF No. 167).

## III. REQUESTED RELIEF

The City seeks summary judgment on all claims against it, dismissal *with prejudice* from this lawsuit, and all other relief to which it is entitled.

Respectfully submitted,

CITY ATTORNEY OF THE CITY O F DALLAS

CHRISTOPHER J. CASO
City Attorney

*s/ J. Cheves Ligon*
J. Cheves Ligon
Senior Assistant City Attorney
Texas State Bar No. 24070147
John.Ligon@Dallas.gov

Dallas City Attorney's Office
7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone: 214-670-3519
Facsimile: 214-670-0622

Attorneys for Defendant City of Dallas

## CERTIFICATE OF SERVICE

      I certify that on October 24, 2022, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. I further certify that on the same day I mailed a copy of this Motion via First Class mail to the following address:

Amber Guyger
#02283505
TDCJ Mountain View Unity Law Library
2305 Ransom Road
Gatesville, TX 76528-2962

                                             *s/ J. Cheves Ligon*
                                             Senior Assistant City Attorney