IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BERTRUM JEAN, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 3:18-cv-02862-M-BH |
| § | |
| AMBER GUYGER, et al., § | |
| § | |
| Defendants. § | |

## **ORDER**

The Court amends the Scheduling Order (ECF No. 213) as follows:

| Scheduling Order Paragraph or Event | New Deadline |
|---|---|
| ¶ 2 | October 21, 2024, with objections due 7 days thereafter. |
| ¶ 3a(i, ii, iii) | October 21, 2024 |
| ¶ 3b(i and ii) | October 28, 2024 |
| ¶ 4 | October 28, 2024, with written notice of disputed motion *in limine* items due to the Court by November 7, 2024, at 8:30 AM |
| Pretrial Conference | November 8, 2024, at 8:30 AM |
| Trial Date | November 12, 2024, at 9:00 AM |

**SO ORDERED**.

December 20, 2023.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE