IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BERTRUM JEAN et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:18-cv-02862-M |
| AMBER GUYGER, et al., | § § § | |
| Defendants. | § § § | |

## ORDER

The Court's December 20, 2023, Scheduling Order (ECF No. 217) is hereby modified as follows:

| Event | New Date |
|---|---|
| Pretrial Conference | November 6, 2024, 1 p.m. |
| Jury Selection | November 7, 2024, 9 a.m. |
| Trial Date | November 18, 2024, 9 a.m. |

**SO ORDERED.**

May 1, 2024.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE