IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BERTRUM JEAN et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:18-cv-02862-M |
| AMBER GUYGER, | § § | |
| Defendant. | § § | |

### WAIVER OF RIGHT TO BE PRESENT AT PRETRIAL CONFERENCE, JURY SELECTION, AND TRIAL

Per the Court's September 17, 2024, Order, I, Defendant Amber Guyger, hereby waive my right to be present at the pretrial conference, jury selection, and trial in this case.

AMBER GUYGER:

Signature: _A. Guyger_   Date: _9/25/2024_

1

United States District Court
1100 Commerce Street, Room 1452
Dallas, TX 75242

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE ST, ROOM 1452
DALLAS, TX 75242-1310

OFFICIAL BUSINESS

Amber Gutger 2283505
2305 Ransom Rd
Gatesville, TX 76528

LEGAL MAIL

United States District Court
1100 Commerce Street, Room 1452
Dallas, TX 75242

FIRST CLASS
OCT -1 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
US POSTAGE PITNEY BOWES
$ 000.97⁰
SEP 18 2024