**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| BERTRUM JEAN, Individually and as the surviving father of BOTHAM SHEM JEAN, ALLISON A. JEAN, Individually and as the § surviving mother of BOTHAM SHEM JEAN, and ALLISA E. FINDLEY as the Administrator of the Estate of BOTHAM SHEM JEAN, Plaintiffs, v. AMBER GUYGER, Defendant. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:18-CV-2862-M |

**EXHIBIT 1:**

**WITNESS LIST FOR PLAINTIFFS**

| Witness Name | Summary of Testimony | Deposition | Probable/ Possible | Expert/Record Custodian |
|---|---|---|---|---|
| 1. Bertrum Jean | Father of Decedent Botham Jean, who will be discussing damages. | N/A | Probable | |
| 2. Allison Jean | Mother of Decedent Botham Jean, who will be discussing damages. | N/A | Probable | |
| 3. Allisa Findley | Sister of Decedent Botham Jean, who will be discussing damages. | N/A | Probable | |
| 4. Jeronimo Rodriguez | Plaintiffs' expert on policing practices. | N/A | Probable | Expert |
| 5. William Harmening | Plaintiffs' expert on policing practices and policies. | N/A | Probable | Expert |
| 6. Michael Maloney | Plaintiffs' expert on scene reconstruction and investigation. | N/A | Probable | Expert |
| 7. Stan V. Smith | Plaintiffs' expert on economics, damages, and income. | N/A | Probable | Expert |

| | | | | |
|---|---|---|---|---|
| 8. Robyn Carr Williams | Dallas Police Department Investigator of the scene of the incident who took pictures and processed evidence. | Yes | Probable | Records Custodian |
| 9. Officer Keenan Blair #11183 | Dallas Police Department Officer responding to the shooting who provides CPR and moves Mr. Jean, describes training of Dallas Police Officers, and provides his recollection of what he saw when he arrived on scene. | N/A | Probable | |
| 10. Officer Michael Lee #10707 | Dallas Police Department Officer responding to the shooting, who provides his recollection of what he saw when he arrived on scene and observations of the conditions. | N/A | Probable | |
| 11. Dr. Todd Patten | Therapist providing support and care to Allisa Findley. | N/A | Probable | Uncontrolled expert. |
| 12. Dr. Chester Gwin | Medical examiner who performed autopsy in this matter and will describe Botham Jean's injuries, as well as the cause and manner of death. | N/A | Probable | Uncontrolled expert. |
| 13. Alyssa Kinsey | Next door neighbor to Botham Jean, who heard the incident occur and provides testimony of what she witnessed during the incident. | N/A | Probable | |
| 14. Paramedic John Fairleigh | City of Dallas Paramedic who provided emergency care to Botham Jean and observed his pain and suffering. | N/A | Probable | |
| 15. Melodi Parker | Counselor providing support and care to Allisa Findley. | N/A | Probable | Uncontrolled expert. |
| 16. Grace Taylor | Counselor providing support and care to Allisa Findley. | N/A | Probable | Uncontrolled expert. |
| 17. Ms. Francisca Plummer BACP | Counselor providing support and care to Allison Jean. | N/A | Probable | Uncontrolled expert. |
| 18. Pastor Samuel L. Berry | Pastor of Botham Jean who will provide damages information about the decedent. | N/A | Probable | |

| | | | | |
|---|---|---|---|---|
| 19. Dr. Jennifer Mooney | Treating physician after the incident for Botham Jean at Baylor Hospital. | N/A | Probable | Uncontrolled expert. |
| 20. Tim Ryan | Price Waterhouse Cooper executive who worked with Botham Jean and will testify to his salary, income, and working abilities and skills. | N/A | Probable. | |
| 21. Dispatcher Karla Rivera | Dallas Police Department Dispatcher who received the 911 call by Amber Guyger who can lay foundation for the 911 call and recall her observations of the call. | N/A | Possible/ Designating Deposition. | Record Custodian |
| 22. Det. Eduardo Ibarra | Dallas Police Department Detective called to the scene to investigate. Will describe the investigative steps taken after the shooting. | Yes | Possible/ Designating Deposition. | |
| 23. Julia Wayland | Dallas Police Department crime scene investigator assigned to incident. Lays foundation for crime scene sketch and other documents, responded to investigate the incident as an officer involved shooting. | Yes | Possible/ Designating Deposition. | Record Custodian |
| 24. Amber Guyger | Dallas Police Department Police Officer who discharged her firearm striking Botham Jean. Plaintiffs are likely to present her testimony through her previous statements and criminal trial testimony, on her recollection of the incident. | N/A | Possible/ Interview and Criminal trial Transcript | |
| 25. Lt. Michael J. Mata | Dallas Police Department officer and Union Representative for Amber Guyger after the shooting incident. | Yes | Possible/Designating Deposition. | |
| 26. Officer Tu Minh Nguyen | Dallas Police Department officer who arrived among the first on scene, gave care to Botham Jean, and used towels to stop the bleeding. | Yes | Possible/Designating Deposition | Records Custodian for Body Worn Camera |
| 27. Officer Ryan Barnett | Dallas Police Department officer on scene immediately after the shooting, who canvassed for witnesses and had his Body Worn Camera on. | Yes | Possible/ Designating Deposition. | Records Custodian for Body Worn Camera |

| | | | | |
|---|---|---|---|---|
| 28. Sgt. Breanna Valentine | Dallas Police Department Investigator and highest ranking officer for the investigation into the scene of the incident. | Yes | Possible/ Designating Deposition. | |
| 29. Carmen Fletcher | Dallas Police Department Investigator of the scene of the incident who took pictures and processed evidence. | Yes | Possible/ Designating Deposition. | |
| 30. Sgt. Robert Watson | Dallas Police Department officer who arrived on scene and discusses Dallas Police Department General Orders and Training. | N/A | Possible | |
| 31. April Kendrick | Dallas Police Department employee who performed Firearms analysis demonstrating Amber Guyger's firearm worked and matching firearms materials found on scene. | N/A | Possible | Records Custodian for Ex. 10. |
| 32. Officer Stephen Cleary | Dallas Police Department officer who arrived on scene and discusses Dallas Police Department General Orders and Training and his observations on scene. | N/A | Possible | |
| 33. Jacqueline Rodgers | Counselor providing support and care to Allisa Findley. | N/A | Probable | |
| 34. Dr. Scott Kurpiel | Treating physician after the incident for Botham Jean at Baylor Hospital. | N/A | Possible | Uncontrolled expert. |
| 35. Major Chuck Young | Dallas Police Department officer who arrived on scene and discusses Dallas Police Department General Orders and Training and his observations on scene. | N/A | Possible | |
| 36. Erick Jenkins, RN | Treating nurse after the incident for Botham Jean at Baylor Hospital. | N/A | Possible | Uncontrolled expert. |