# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| **BERTRUM JEAN et al.** ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> ) <br> **AMBER GUYGER** ) <br> ) <br> *Defendant* ) | Civil Action No. 3:18-cv-02862-M |

## AFFIDAVIT OF SERVICE

I, Michael Grandchampt, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on October 31, 2024, at 9:51 am. I delivered these documents to Officer Keenan Blair in Dallas County, TX on November 2, 2024 at 11:38 am at 1400 Botham Jean Blvd, Dallas, TX 75215 by personal service by handing the following documents to an individual identified as Officer Keenan Blair.

SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION
Cover Sheet
and Witness Fee Check in the amount of $40.00

Black or African American Male, est. age 25-34, glasses: N, Unknown hair, 160 lbs to 180 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=32.7671371,-96.7940845
Photograph: See Exhibit 1

Total Cost: $372.00

My name is Michael Grandchampt, my date of birth is ▮▮▮▮▮▮, and my address is 1607 Jupiter Ln, Ennis, TX 75119, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Dallas County                     ,

TX      on    11/4/2024        .

/s/ *Michael Grandchampt*

Michael Grandchampt
+1 (972) 741-4937
Certification Number: PSC-20514
Expiration Date: 10/31/2025

