IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BERTRUM JEAN et al., § § § Plaintiffs, § § v. § § AMBER GUYGER, § § Defendant. § § § § | Civil Action No. 3:18-cv-02862-M |

**VERDICT OF THE JURY**

1. **Question 1: Excessive Force**

Do you find by a preponderance of the evidence that Defendant Amber Guyger used excessive force against Botham Jean on September 6, 2018?

*(Mark Appropriate Box)*

☑ Yes     OR     ☐ No

*If you answered "No" to Question 1, you have completed your deliberations. Have your foreperson sign and date this verdict form. If you answered "Yes" to Question 1, move to Question 2.*

1

2. **Question 2: Under Color of Law**

*Complete the following paragraph only if Question 1 is marked "Yes."*

Did the Plaintiffs prove by a preponderance of the evidence that Defendant Amber Guyger acted under color of law when she shot Botham Jean on September 6, 2018?

(*Mark Appropriate Box*)

☑ Yes    OR    ☐ No

*Proceed to Question 3.*

3. **Question 3: Compensatory Damages**

What sum of money, if any, would compensate Plaintiffs for injuries they suffered as a result of Defendant's conduct?

**Claims of Estate of Botham Jean**

(a) Mental anguish experienced by Botham Jean between the time he was shot and his death:   $ 2,000,000

(b) Loss of net future earnings by Botham Jean:   $ 5,500,000

(c) Loss of Botham Jean's capacity to enjoy life:   $ 2,750,000

**Claims of Allison and Bertrum Jean**

(a) The value of the loss of companionship and society sustained from September 6, 2018, to today

to Allison Jean:   $ 500,000

(b) The value of the loss of companionship and society that, in reasonable probability, will be sustained from today forward

to Allison Jean:   $ 2,000,000

(c) The value of the mental anguish sustained from September 6, 2018, to today

to Allison Jean:   $ 6,000,000

(d) The value of the mental anguish that, in reasonable probability, will be sustained from today forward

to Allison Jean:   $ 5,700,000

3

(e) The value of the loss of companionship and society sustained from September 6, 2018, to today

to Bertrum Jean:     $ _____500,000_____

(f) The value of the loss of companionship and society that, in reasonable probability, will be sustained from today forward

to Bertrum Jean:     $ _____2,000,000_____

(g) The value of the mental anguish sustained from September 6, 2018, to today

to Bertrum Jean:     $ _____6,000,000_____

(h) The value of the mental anguish that, in reasonable probability, will be sustained from today forward

to Bertrum Jean:     $ _____5,700,000_____

*Proceed to Question 4.*

4

4. **Question 4: Punitive Damages**

Did Plaintiffs prove by clear and convincing evidence that Defendant Amber Guyger acted with malice, willfulness, or callous and reckless indifference to Botham Jean's safety or rights?

*(Mark Appropriate Box)*

☑ Yes        OR        ☐ No

*Proceed to Question 5 only if you answered "Yes" to Question 4.*

5. **Question 5: Punitive Damages**

*Complete the following paragraph only if Question 4 is marked "Yes."*

What amount of punitive damages, if any, should be imposed against Defendant Amber Guyger?

$ __60,000,000__

*Please have your foreperson sign and date this verdict once you have completed your deliberations.*

Foreperson: _/s/ [redacted]_

Date: 11-20-2024